Paul D. Supnik [SBN 52842]
Email:  paul@supnik.com
9401 Wilshire Blvd., Suite 1250
Beverly Hills, CA 90212
Telephone: 310-859-0100
Facsimile: 310-388-5645
Attorney for Plaintiff
MICHAEL McCARTNEY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL McCARTNEY, also known as PETER MICHAEL McCARTNEY,<br><br>Plaintiff,<br><br>v.<br><br>TIME INC., AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants, | Case No. CV 14-3953 FMO (MRWx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>**Complaint served:**<br>    May 29, 2014<br>**Current response date:**<br>    June 19, 2014<br>**New Response Date:**<br>    July 19, 2014<br><br>**Trial Date:  None set**<br><br>**Place:  Courtroom 22** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the date for the defendant TIME INC. to answer or

1

1  otherwise respond to the outstanding complaint in this matter be extended to
2  Saturday, July 19, 2014, which is 51 days from the date of service of May 29,
3  2014.
4      No stipulations have been previously submitted to the court in connection
5  with a response to this complaint.
6      The reason for the stipulation is not for delay but to enable the parties to try
7  to reach an early settlement of this matter before additional money is spent on
8  litigation.

Dated:  June 19, 2014          By: _____/s/_____
                                              STEVEN WEISSMAN
                                              Attorney for Defendant TIME INC

Dated:  June 19, 2014          By: _____/s/_____
                                              PAUL D. SUPNIK
                                              Attorney for Plaintiff Michael McCartney

Attestation by filer under Local Rule 5-4.3.4:  All other signatories listed and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

Dated:  June 19, 2014

      Respectfully submitted,

            By:_____/s/_____
                PAUL D. SUPNIK
                Attorney for Plaintiff

2

**PLAINTIFF'S NOTICE OF NONOPPOSITION TO OSC RE DISMISSAL OF FOREIGN COPYRIGHT CLAIM**

# CERTIFICATE OF SERVICE

I, PAUL D. SUPNIK certify that I am an attorney at law, licensed to practice in the State of California and am admitted to practice in the United States District Court for the Central District of California and that on June 19, 2014, I served the within:

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

on the interested parties in the above-entitled action by placing a copy thereof in an envelope addressed to the attorney(s) of record for said party (parties) at the office address(es) of said attorney(s) as follows:

Steven Weissman, Esq.
Deputy General Counsel
Time Inc.
1271 Avenue of the Americas
New York, NY 10020

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, within the United States Postal Service at Beverly Hills, California.

/s/

Dated: June 19, 2014    _____
PAUL D. SUPNIK
Attorney for Plaintiff
MICHAEL McCARTNEY