1  Paul D. Supnik [SBN 52842]
2  Email: paul@supnik.com
   9401 Wilshire Blvd., Suite 1250
3  Beverly Hills, CA 90212
4  Telephone: 310-859-0100
   Facsimile: 310-388-5645
5  Attorney for Plaintiff
6  MICHAEL McCARTNEY

JS-6

7

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10                    WESTERN DIVISION
11

12  MICHAEL McCARTNEY, also known       Case No. CV 14-3953 FMO (MRWx)
    as PETER MICHAEL McCARTNEY,
13                                      [Proposed] PERMANENT
14           Plaintiff,                 INJUNCTION PURSUANT TO
                                        STIPULATION
15       v.
16
    TIME INC., AND DOES 1 THROUGH
17  10, INCLUSIVE,
18
             Defendants,
19

20
21
22
23
24
25
26
27
28

1
[Proposed] PERMANENT INJUNCTION PURSUANT TO STIPULATION

1  WHEREAS, Plaintiff MICHAEL McCARTNEY filed a Complaint
2  herein on November May 22, 2014 and thereafter filed a First Amended Complaint
3  naming TIME INC., a Delaware corporation and DOES 1 through 10, (the
4  Defendants) ;

6  WHEREAS, plaintiff MICHAEL MCCARTNEY asserts that the copyrights
7  described in the Complaint filed in this action (which Complaint and all exhibits
8  thereto are incorporated herein and made a part of hereof), are good, valid, and
9  enforceable in law, and Plaintiff MICHAEL McCARTNEY asserts himself to be
10 the sole proprietor of said copyrights, including a certain photograph taken in or
11 about 1958 referred to in the complaint as "John, Paul, George and Denis" which
12 photograph includes George Harrison, John Lennon and Paul McCartney as well as
13 "Dennis" ("The Photograph"), a thumbnail of which is reproduced immediately
14 below for identification:



18 WHEREAS, TIME INC., a Delaware corporation  having consented
19 to the entry of this Permanent Injunction without notice, to be binding on
20 Defendant TIME INC., a Delaware corporation, its agents, employees and
21 representatives, and all persons in active concert or participation with said
22 Defendant who receive notice thereof:

24 NOW, THEREFORE, upon the consent of the parties hereto,

25 IT IS ORDERED, ADJUDGED and DECREED that final judgment
26 in favor of Plaintiff MICHAEL McCARTNEY and against Defendant TIME INC.
27 be entered as follows:

1.     This Court has jurisdiction of the subject matter of this action and over all the parties hereto.

2.     Plaintiff contends that defendant TIME INC. has caused through it's Time Home Entertainment Inc. subsidiary ("THEI") to be publicly displayed, sold, and distributed a copy of The Photograph in a book published by LIFE Books, an imprint of THEI entitled "Paul" (the "Book")  in 2014 without plaintiff's authorization.   A thumbnail of the cover of that publication appears immediately below for identification:



3.     TIME INC. represents that the Book has ceased circulation and publication, except for the remaining copies which have been already printed.

4.     Except with respect to copies of the Book already printed, THEI and its respective successors, assigns, affiliates, agents, servants, employees and representatives be and are hereby enjoined and restrained from reproducing, copying, preparing derivative works, distributing copies or publicly displaying copies of The Photograph, "John, Paul, George and Dennis" also known as "John, Paul, George and Denis" without written authorization of the Plaintiff.

5.   Notwithstanding the foregoing, nothing herein shall prevent THEI from reproducing, copying, preparing derivative works, distributing copies or publicly displaying copies of The Photograph, "John, Paul, George and Dennis" also known as "John, Paul, George and Denis" to the extent protectable under the First Amendment or copyright or other laws, which shall remain a viable defense in applicable situations to any claim or proceeding arising under this injunction.

4. It being represented to the Court that the parties have settled all of the claims and demands made in this action, no award of damages, costs or attorneys' fees is made herein.

5. The Court shall retain jurisdiction to construe, enforce, interpret or implement this Permanent Injunction Pursuant to Stipulation.

ORDER

IT IS SO ORDERED.

Dated: September 5, 2014        /s/ Fernando M. Olguin
                                UNITED STATES DISTRICT JUDGE

Presented by:

_____
Paul D. Supnik
Attorney for Plaintiff
Michael McCartney